**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 01-7605**

———————————

JEFFREY DENNARD MCNEAIR,

                                     Plaintiff - Appellant,

       versus

LIEUTENANT TRUELL; CALVIN CANTEY; WALLACE
STONE; GRELL HEDGE,

                               Defendants - Appellees,

       and

CALVIN CUNNINGTON,

                                         Defendant.

———————————

Appeal from the United States District Court for the Middle District of North Carolina, at Durham. Frank W. Bullock, Jr., District Judge. (CA-00-327-1)

———————————

Submitted: January 17, 2002      Decided: January 31, 2002

———————————

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Jeffrey Dennard McNeair, Appellant Pro Se. Jason Michael Cogdill, WOMBLE, CARLYLE, SANDRIDGE & RICE, Winston-Salem, North Carolina; John Hamilton Watters, Special Deputy Attorney General, Raleigh, North Carolina; Joe Earl Biesecker, WILSON, BIESECKER, TRIPP & SINK, Lexington, North Carolina; Margaret Shea Burnham, ADAMS, KLEEMEIER, HAGAN, HANNAH & FOUTS, Greensboro, North Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jeffrey Dennard McNeair appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See McNeair v. Truell, No. CA-00-327-1 (M.D.N.C. Aug. 27, 2001). We grant McNeair's motion for voluntary dismissal of Appellee Calvin Cunnington. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2